Friday, October 2, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1917 West Front Street
Suite 354
Tyler, Texas 75702



RE: Case Number: 12-00-00310-CR
    Trial Court Case Number: 241-0851-00

Ms. Lusk:

Could you please send me a copy of my judgement/opinion/mandate for my case?

Also if you could tell me the decision and WHAT papers/motions were filed on my PDR after the initial judgement. I was sent at the time a "motion"(?) filed by court-appointed attorney William H. Wallace, Jr. but was recently informed of Mr. James Belt, my trial attorney being the only one on file?

Please let me know how/why I had three different attorneys file and no one is mentioned/on file but Mr. Belt? I am extremely grateful to you for any time given to this matter. And I truly apologize for any inconvenience I am causing. I am just trying to have some semblance of a life, I was (16) at the time of my charge. I am currently 32 and want an opportunity to contribute something worthwhile... Again, thanks.

Sincerely,

LaQuita R. Davis